# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Earl Louis Ollie,<br><br>  Defendant. | Criminal No. 10-239 (MJD/JJG)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

  **IT IS HEREBY ORDERED** that:

  1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 15) is **GRANTED**;

  2. Defendant's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 16) is **GRANTED**; and

  3. Defendant's Motion to Request Reopening of Motion Hearing (Doc. No. 43) is **GRANTED**.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 29, 2011        s/Michael J. Davis
                 MICHAEL J. DAVIS
                 Chief United States District Judge